NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-894


JOHNNY F. WAGNER

VERSUS

RAPIDES PARISH COLISEUM, ET AL.


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 195,622
HONORABLE DONALD THADDEUS JOHNSON, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

JUDGMENT OF DISMISSAL VACATED; REMANDED FOR FURTHER
PROCEEDINGS.

Howard N. Nugent, Jr. Esq
Nugent Law Firm
P. O. Box 1309
Alexandria, LA 71309-1309
(318) 445-3696
Counsel for: Plaintiff/Appellant
Johnny F. Wagner

**H. Bradford Calvit**
**Attorney at Law**
**P. O. Drawer 1791**
**Alexandria, LA 71309-1791**
**(318) 445-3631**
**Counsel for: Defendants/Appellees**
**William Earl Hilton, Sheriff of Rapides Parish and**
**Reserve Deputy Thomas Brister**